JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

        - v. -                      :        **INDICTMENT**

LUIS FUENTES,                       :
        a/k/a "Bebe," and                    07 Cr.
JUAN RIVERA,                        :
        a/k/a "Jay,"

                                    :

        Defendants.                 :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
MAY 1 4 2007

07 CRIM. 430

## COUNT ONE

        The Grand Jury charges:

        1.    In or about March 2007, in the Southern District
of New York, LUIS FUENTES, a/k/a "Bebe," and JUAN RIVERA, a/k/a
"Jay," the defendants, and others known and unknown, unlawfully,
willfully, and knowingly did combine conspire, confederate, and
agree together and with each other to commit robbery, as that
term is defined in Title 18, United States Code, Section
1951(b)(1), and would and did thereby obstruct, delay, and affect
commerce and the movement of articles and commodities in
commerce, as that term is defined in Title 18, United States
Code, Section 1951(b)(3), to wit, FUENTES and RIVERA, together
with others known and unknown, conspired to rob a cocaine dealer
of 7 to 10 kilograms of cocaine and narcotics proceeds in the
vicinity of Isham Avenue and 10th Avenue, in New York, New York.

        (Title 18, United States Code, Section 1951.)

<u>COUNT TWO</u>

The Grand Jury further charges:

2.    On or about March 14, 2007, in the Southern
District of New York, LUIS FUENTES, a/k/a "Bebe," and JUAN
RIVERA, a/k/a "Jay," the defendants, and others known and
unknown, unlawfully, willfully, and knowingly, during and in
relation to a crime of violence for which they may be prosecuted
in a court of the United States, namely, the offense charged in
Count One of this Indictment, did use and carry a firearm, and,
in furtherance of such crime, did possess a firearm, and did aid
and abet the use, carrying, and possession of a firearm, to wit,
a loaded .25 caliber pistol.

(Title 18, United States Code, Sections
924(c)(1)(A)(i) and 2.)

<u>Count Three</u>

The Grand Jury further charges:

3.    In or about March 2007, in the Southern District
of New York and elsewhere, LUIS FUENTES, a/k/a "Bebe," and JUAN
RIVERA, a/k/a "Jay," the defendants, and others known and
unknown, unlawfully, intentionally, and knowingly did combine,
conspire, confederate, and agree together and with each other to
violate the narcotics laws of the United States.

4.    It was a part and an object of the conspiracy
that LUIS FUENTES, a/k/a "Bebe," and JUAN RIVERA, a/k/a "Jay,"

2

the defendants, and others known and unknown, would and did distribute and possess with intent to distribute five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**LUIS FUENTES,**
**a/k/a "Bebe,"**
**JUAN RIVERA,**
**a/k/a "Jay,"**

**Defendant.**

07 Cr.

**<u>INDICTMENT</u>**

(Title 18, United States Code, Sections
1951, 924(c) and 2; Title 21, United
States Code, Section 846)

<u>MICHAEL J. GARCIA</u>
United States Attorney

**A TRUE BILL.**

**Foreperson.**

5-14-07    Filed Indictment Case assigned to J, Rakoff.
vbo
                                              Pitman
                                    Arraigned US M.S.